**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**

File Name: 06a0406n.06

Filed: June 14, 2006

**Case No. 04-6399**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA. | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | **ON APPEAL FROM THE UNITED** |
| | ) | **STATES DISTRICT COURT FOR** |
| | ) | **THE WESTERN DISTRICT OF** |
| v. | ) | **TENNESSEE, EASTERN DIVISION** |
| | ) | |
| | ) | |
| GILBERTO RAMIREZ-CHAVEZ, | ) | |
| | ) | |
| Defendant-Appellant.) | | |

**BEFORE:   RYAN and COLE, Circuit Judges; and SARGUS, District Judge.**[*]

**SARGUS, District Judge.**   Appellant Gilberto Ramirez-Chavez contends, and the government does not dispute, that he was sentenced prior to the decision in *United States v. Booker*, 543 U.S. 220 (2005), in violation of the Sixth Amendment.  The parties agree that a remand is appropriate for resentencing under *Booker*.

The sentence is VACATED and this case is remanded for resentencing in light of *Booker*.[1]

---

[*]The Honorable Edmund A. Sargus, Jr., United States District Judge for the Southern District of Ohio, sitting by designation.

[1]Appellant's counsel stated during a telephonic oral argument that Ramirez-Chavez was withdrawing his first assignment of error which challenged a sixteen-level enhancement under U.S.S.G. §

2L1.2(b)(1)(A).  Consequently, the Court does not address this issue.